## Misloff et ux., Appellants, v. Greenstein.

736

Argued September 15, 1972. *Harold R. Freudenheim,* with him *James M. Moran,* for appellants; *Joseph G. Manta,* with him *LaBrum and Doak,* for appellees.

Order affirmed.